Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Movants and [Proposed]
Co-Lead Counsel for the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BARRY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLONY NORTHSTAR, INC., RICHARD B. SALTZMAN, DARREN J. TANGEN, NEALE REDINGTON, and DAVID T. HAMAMOTO,<br><br>Defendants. | No. 2:18-cv-02888-GW-MRW<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF THE COLONY NORTHSTAR INVESTOR GROUP TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. George H. Wu<br>Hearing Date: July 5, 2018<br>Time: 8:30 a.m.<br>CTRM: 9D – 9th Floor (1st Street) |

1

| | | |
|---|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLONY NORTHSTAR, INC., RICHARD B. SALTZMAN, DARREN J. TANGEN, NEALE REDINGTON, and DAVID T. HAMAMOTO,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.  2:18-cv-03520-GW-MRW<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. George H. Wu |

I, Laurence M. Rosen, declare:

    1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for Jack Cox, Georgios Papadopoulos, and Kenneth Haley (collectively, "Movants" or the "Colony NorthStar Investor Group"). I make this declaration in support of Movants' motion to consolidate related actions, for appointment as Lead Plaintiffs and for approval of Movants' choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.	Attached hereto are true and correct copies of the following documents:

    Exhibit 1:	PSLRA Early Notice;

    Exhibit 2:	PSLRA certifications of Movants;

    Exhibit 3:	Movants' loss chart;

    Exhibit 4:	The firm resume of The Rosen Law Firm, P.A.; and

    Exhibit 5:	The firm resume of Pomerantz LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 5th day of June 2018, at Los Angeles.

                                  /s/ Laurence M. Rosen
                                  Laurence M. Rosen

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 5, 2018, I electronically filed the following **DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION OF THE COLONY NORTHSTAR INVESTOR GROUP TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on June 5, 2018.

                          /s/ Laurence Rosen
                          Laurence M. Rosen