| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Laurence M. Rosen, Esq. (SBN 219683)<br>THE ROSEN LAW FIRM, P.A.<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com | |
| ATTORNEY(S) FOR: Lead Plaintiff Movants Jack Cox, Georgios Papadopoulos, and Kenneth Haley | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRIAN BARRY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>COLONY NORTHSTAR, INC., RICHARD B. SALTZMAN, DARREN J. TANGEN, NEALE REDINGTON, and DAVID T. HAMAMOTO,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:18-cv-02888-GW-MRW<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Lead Plaintiff Movants Jack Cox, Georgios Papadopoulos, and Kenneth Haley
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jack Cox | Lead Plaintiff Movant |
| Georgios Papadopoulos | Lead Plaintiff Movant |
| Kenneth Haley | Lead Plaintiff Movant |

6/5/2018
Date

/s/Laurence M. Rosen
Signature

Attorney of record for (or name of party appearing in pro per):

Lead Plaintiff Movants Jack Cox, Georgios Papadopoulos, and Kenneth Haley