1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BRIAN BARRY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. CV 18-2888-GW(MRWx) |
|---|---|---|
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| COLONY NORTHSTAR, INC., et al., | ) ) | |
| Defendants. | ) ) | |

Having considered the Teamsters Local 710 Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Teamsters Local 710 Pension Fund is appointed Lead Plaintiff for the class; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.

IT IS SO ORDERED.

DATED: July 18, 2018

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
TRICIA L. McCORMICK
JUAN CARLOS SANCHEZ

      s/ Tricia L. McCormick
    TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff