UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN BARRY, Individually and on Behalf of All Others Similarly Situated, ) <br> Plaintiff, ) <br> vs. ) <br> COLONY NORTHSTAR, INC., et al., ) <br> Defendants. ) | Case No. CV 18-2888-GW-MRWx <br><br> <u>CLASS ACTION</u> <br><br> ORDER REGARDING PAGE EXTENSION |

4813-7908-2391.v1

Presently before the Court is plaintiff Teamsters 710 Local Pension Fund ("Lead Plaintiff"), defendants Colony Capital, Inc. (f/k/a Colony NorthStar, Inc.), Richard B. Saltzman, Darren J. Tangen, and David T. Hamamoto's ("Defendants") Joint Stipulation Regarding Page Extension ("Stipulation"). Good cause appearing, the Court **GRANTS** the Stipulation.

Accordingly, as stipulated by the parties:

1.     The Court grants Lead Plaintiff a five-page extension to 30 pages for its opposition to Defendants' Notice of Motion and Motion to Dismiss Second Amended Complaint ("Motion to Dismiss Second Amended Complaint") (ECF No. 62), due on or before May 24, 2019; and

2.     The Court grants Defendants a five-page extension to 30 pages for their reply in support of their Motion to Dismiss Second Amended Complaint, due on or before June 13, 2019.

IT IS SO ORDERED.

DATED: May 28, 2019

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

4813-7908-2391.v1