1   DANIEL M. PETROCELLI (S.B. # 97802)
    dpetrocelli@omm.com
2   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
3   Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
4
5   MATTHEW W. CLOSE (S.B. #188570)
    mclose@omm.com
6   BRITTANY ROGERS (S.B. #274432)
    brogers@omm.com
7   O'MELVENY & MYERS LLP
    400 South Hope Street
8   Los Angeles, California 90071-2899
    Telephone:  (213) 430-6000
9   Facsimile:  (213) 430-6407

10  Attorneys for Defendants Colony Capital, Inc.
    (f/k/a Colony NorthStar, Inc.), Richard B.
11  Saltzman, Darren J. Tangen, and David T.
    Hamamoto
12
13  [Additional Counsel Listed on Signature Page]

14

15              **UNITED STATES DISTRICT COURT**

16         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17

18  | BRIAN BARRY, Individually and on behalf of all others similarly situated, | Case No. 2:18-cv-02888-GW-MRW |
    | --- | --- |
    |  |  |

19                      Plaintiff,        **JOINT STIPULATION TO ENTER FINAL JUDGMENT**

20              v.

21  COLONY NORTHSTAR, INC.,                [Proposed] Order of Final Judgement
    RICHARD B. SALTZMAN, DARREN J.          Filed Concurrently
22  TANGEN, and DAVID T. HAMAMOTO,

23                      Defendants.        Judge:       Hon. George H. Wu
                                           Courtroom: 9D
24

25

26

27

28

Pursuant to Rule 7.1 of the Local Civil Rules for the United States District Court for the Central District of California, plaintiff Teamsters 710 Local Pension Fund ("Lead Plaintiff"), individual defendants Richard B. Saltzman, Darren J. Tangen, and David T. Hamamoto, and defendant Colony Capital, Inc. (f/k/a Colony NorthStar, Inc.) ("Defendants", collectively with Lead Plaintiff, "Parties"), by and through their respective attorneys, jointly state and move as follows:

WHEREAS, on February 21, 2020, the Court granted Defendants' Motion to Dismiss the Third Amended Complaint in its entirety and dismissed Lead Plaintiff's entire action with prejudice (Dkt. No. 97) for the reasons set forth in the Court's Tentative Ruling (Dkt. No. 96);

WHEREAS, the February 21, 2020 order disposed of every claim against Defendants;

WHEREAS, 15 U.S.C. § 78u-4(c) provides that "upon final adjudication of the action, the court shall include in the record specific findings regarding compliance by each party and each attorney representing any party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any complaint, responsive pleading, or dispositive motion"; and

WHEREAS, Federal Rule of Civil Procedure 54 provides that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs – other than attorney's fees – should be allowed to the prevailing party."

**IT IS HEREBY STIPULATED**, by and between the undersigned parties, that:

1.     Final judgment shall be entered against Lead Plaintiff in this action and in favor of Defendants pursuant to Federal Rules of Civil Procedure 58 and 79, in the form of the Proposed Judgment submitted concurrently;

2.     Each of the Parties, and his or its attorneys of record, complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure at all times in this action;

JOINT STIPULATION TO ENTER
FINAL JUDGMENT
2:18-CV-02888-GW-MRW

3.      Lead Plaintiff hereby agrees to waive all rights to appeal this order, the February 21, 2020 order (Dkt. No. 97), and any other order in this action; and

4.      Each of the Parties shall bear his or its own attorneys' fees and costs incurred in connection with this action.

**IT IS SO STIPULATED.**

Dated: March 24, 2020

Daniel M. Petrocelli
Matthew W. Close
Brittany Rogers
O'MELVENY & MYERS LLP

By:  */s/ Matthew W. Close*
       Matthew W. Close

Attorney for Colony Capital, Inc. (f/k/a Colony NorthStar, Inc.), Richard B. Saltzman, Darren J. Tangen, and David T. Hamamoto

Dated: March 24, 2020

Spencer A. Burkholz
Douglas R. Britton
Juan Carlos Sanchez
ROBBINS GELLER RUDMAN & DOWD LLP

By:   */s/ Douglas R. Britton*
        Douglas R. Britton

Counsel for Lead Plaintiff Teamsters 710 Local Pension Fund

JOINT STIPULATION TO ENTER
FINAL JUDGMENT
2:18-CV-02888-GW-MRW

1

## **SIGNATURE ATTESTATION**

2

I hereby attest that the other signatories listed, on whose behalf the filing is

3

submitted, concur in the filing's content and have authorized the filing.

4

5

Dated:  March 24, 2020              **O'MELVENY & MYERS LLP**

6

7

By:    */s/ Matthew W. Close*

8

Matthew W. Close

9

Attorney for Colony Capital, Inc. (f/k/a
Colony NorthStar, Inc.), Richard B.

10

Saltzman, Darren J. Tangen, and David T.
Hamamoto

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO ENTER
FINAL JUDGMENT
2:18-CV-02888-GW-MRW