1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

11
12

BRIAN BARRY, Individually and on
behalf of all others similarly situated,

13

Plaintiff,

v.

14

COLONY NORTHSTAR, INC.,
RICHARD B. SALTZMAN, DARREN J.
TANGEN, and DAVID T. HAMAMOTO,

15
16

Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV 18-2888-GW-MRWx

**FINAL JUDGMENT PURSUANT
TO FEDERAL RULE OF CIVIL
PROCEDURE 58**

Judge:        Hon. George H. Wu
Courtroom: 9D

# FINAL JUDGMENT

Before the Court is plaintiff Teamsters 710 Local Pension Fund ("Lead Plaintiff"), individual defendants Richard B. Saltzman, Darren J. Tangen, and David T. Hamamoto, and defendant Colony Capital, Inc.'s (f/k/a Colony NorthStar, Inc.) ("Defendants", collectively with Lead Plaintiff, "Parties") Joint Stipulation to Entry of Final Judgment (the "Joint Stipulation"). The Court, having considered the Joint Stipulation, and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS**:

1. Final judgment is hereby entered against Lead Plaintiff in this action and in favor of Defendants.

2. The Court finds that each of the Parties, and his or its attorneys, complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure at all times in this action and, in particular, with respect to "any complaint, responsive pleading or dispositive motion" in this action.

3. Lead Plaintiff has waived all rights to appeal this order, the Court's February 21, 2020 order (Dkt. No. 97), and any other order in this action.

4. Each of the Parties shall bear his or its own attorneys' fees and costs incurred in connection with this action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 25, 2020

By _____
Hon. George H. Wu
United States District Judge

[PROPOSED] FINAL JUDGMENT
2:18-CV-02888-GW-MRW